RECEIVED

NOV 1 5 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GREGORY W. SLOAN, ET AL. | MISC. CASE NO. 16-mc-51 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Gregory W. Sloan, as Special Administrator and Derivative; and Theresa Sloan, Daniel L. Sloan and Debra Sloan Hixson, as Derivative Claimants, of the Estate of William Oakley Sloan, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 15th day of November, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE